

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-16-00199-CR

The **STATE** of Texas,
Appellant

v.

Natalie Marie **MEDINA,**
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 478603
Honorable Raymond Angelini, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
     Marialyn Barnard, Justice
     Patricia O. Alvarez, Justice

On August 8, 2017, this court issued its first opinion in this appeal. Thereafter, appellee timely filed a motion for rehearing. This court denied appellee's motion for rehearing, but withdrew our opinion and judgment of August 8, 2017, and issued a new opinion and judgment on October 18, 2017. Appellee then filed a second motion for rehearing on November 2, 2017. After review, we **DENY** the motion for rehearing filed by appellee on November 2, 2017. *See Thomas v. State*, 470 S.W.3d 577, 581 (Tex. App.—Houston [1st Dist.] 2015), *aff'd*, 505 S.W.3d 916 (Tex. Crim. App. 2016).

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.



KEITH E. HOTTLE,
Clerk of Court